```
Case 20-16083-SMG    Doc 14    Filed 06/11/20    Page 1 of 4
```

```
                          United States Bankruptcy Court
                          Southern District of Florida

In re:                                                      Case No. 20-16083-SMG
John W. Dearing, Jr.                                        Chapter 7
Dionne J. Dearing
        Debtors                    CERTIFICATE OF NOTICE
District/off: 113C-0          User: graster-t           Page 1 of 2            Date Rcvd: Jun 09, 2020
                              Form ID: 309A             Total Noticed: 54
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2020.
```
db/jdb        +John W. Dearing, Jr.,   Dionne J. Dearing,   4847 Nw 72nd Place,   Coconut Creek, FL 33073-2746
95724878       2200 E. Devon Ave,    Ste 200,    Des Plaines, IL 60018-4501
95724881      +Aes/Suntrust Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
95724885      +Asset Recovery Solutions, LLC,    2200 E. Devon Avenue,   Suite 200,
               Des Plaines, IL 60018-4501
95724886      +Bbva Usa,   15 20th St S Fl 9,    Birmingham, AL 35233-2000
95724895      +Deutsche Bank National Trust Company,    c/o Joshua D. Moore, Attorney,    9210 King Palm Dr.,
               Tampa, FL 33619-8332
95724896       Dynamic Recovery Solutions,    PO Box 25759,   Greenville, SC 29616-0759
95724899      +FBCS, Inc,    330 S Warminster Rd,    Ste 353,   Hatboro, PA 19040-3433
95724903      +Merrick,    55 East Ames Ct,    Plainview, NY 11803-2304
95724904      +Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1271
95724907      +NCB Management Services, Inc,    PO Box 1099,   Langhorne, PA 19047-6099
95724908      +NW Broward Orthopaedics, P.A.,    5901 Colonial Drive,   Ste 201,    Pompano Beach, FL 33063-5683
95724906      +Ncb Management Service,    1 Allied Dr,   Trevose, PA 19053-6945
95724877      +PO Box 60599,    City Of Industry, CA 91716-0599
95724913      +SRA Associates,    112 W Park Dr,    Ste 200,   Mount Laurel, NJ 08054-1261
95724910       Sage Dental,    951 Broken Sound Parkway,    Ste 250,   Boca Raton, FL 33487-3506
95724912       Slc,   701 E. 60th St. North,    Sioux Falls, SD 57104-0432
95724919      +TruGreen,   1790 Kirby Pkwy,    Ste 300,    Germantown, TN 38138-7411
95724920       We Fl Fn,   634 Ne 3rd Avenue,    Fort Lauderdale, FL 33304-2697
95724921      +We Florida Financial,    634 Ne 3rd Ave,    Fort Lauderdale, FL 33304-2618
95724922       Weflfinancia,    1634 Ne 3 Avenue,   Fort Lauderdale, FL 33304
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: marc@marcbrownpa.com Jun 10 2020 02:27:08     Marc E Brown,
               6400 N Andrews Ave #510,   Fort Lauderdale, FL  33309
tr            +EDI: FKAWELT Jun 10 2020 06:13:00      Kenneth A Welt,   4581 Weston Road Suite 355,
               Weston, FL 33331-3141
smg            E-mail/Text: swulfekuhle@broward.org Jun 10 2020 02:27:18     Broward County Tax Collector,
               115 S Andrews Ave,   Ft Lauderdale, FL 33301-1818
smg            EDI: FLDEPREV.COM Jun 10 2020 06:13:00     Florida Department of Revenue,   POB 6668,
               Tallahassee, FL  32314-6668
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jun 10 2020 02:27:50     Office of the US Trustee,
               51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
cr            +EDI: RMSC.COM Jun 10 2020 06:13:00     Synchrony Bank,   PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
95724884       E-mail/Text: bankruptcynotices@amscotfinancial.com Jun 10 2020 02:27:10     Amscot,
               PO Box 25137,   Tampa, FL 33622-5137
95724879      +E-mail/Text: bankruptcy@rentacenter.com Jun 10 2020 02:28:14     Acceptance Now,
               5501 Headquarters Dr,   Plano, TX 75024-5837
95724880      +E-mail/Text: jhill@arc1.biz Jun 10 2020 02:27:54     Account Resolution Cor,   700 Goddard Ave,
               Chesterfield, MO 63005-1100
95724882       EDI: AFNIRECOVERY.COM Jun 10 2020 06:13:00     Afni,   1310 Martin Luther King Drive,
               PO Box 3517,   Bloomington, IL 61702-3517
95724883      +EDI: GMACFS.COM Jun 10 2020 06:13:00     Ally Financial,   200 Renaissance Ctr # B0,
               Detroit, MI 48243-1300
95724889       EDI: CAPITALONE.COM Jun 10 2020 06:13:00     Capital One Bank Usa N,   15000 Capital One Dr,
               Richmond, VA 23238
95724887       EDI: CAPITALONE.COM Jun 10 2020 06:13:00     Capital One,   PO Box 60599,
               City Of Industry, CA 91716-0599
95724888      +EDI: CAPONEAUTO.COM Jun 10 2020 06:13:00     Capital One Auto Finan,   Po Box 259407,
               Plano, TX 75025-9407
95724891      +E-mail/Text: mediamanagers@clientservices.com Jun 10 2020 02:27:25     Client Services, Inc,
               3451 Harry S Truman Blvd,   Saint Charles, MO 63301-9816
95724892      +EDI: WFNNB.COM Jun 10 2020 06:13:00     Comenitycb/Gem,   Po Box 182120,
               Columbus, OH 43218-2120
95724893      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 10 2020 02:31:06     Credit One Bank Na,
               Po Box 98875,   Las Vegas, NV 89193-8875
95724894      +E-mail/Text: electronicbkydocs@nelnet.net Jun 10 2020 02:27:55     Dept Of Education/Neln,
               121 S 13th St,   Lincoln, NE 68508-1904
95724897       EDI: ECMC.COM Jun 10 2020 06:13:00     Ecmc,   1 Imation Place,   Oakdale, MN 55128
95724898      +E-mail/Text: bknotice@ercbpo.com Jun 10 2020 02:27:56     Enhanced Recovery Co L,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
95724900      +E-mail/Text: bankruptcynotices@fifsg.com Jun 10 2020 02:27:50     First Inv Servicing Co,
               380 Interstate N Pkwy St,   Atlanta, GA 30339-2222
95724901      +EDI: AMINFOFP.COM Jun 10 2020 06:13:00     First Premier Bank,   601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
95724890       EDI: JPMORGANCHASE Jun 10 2020 06:13:00     Chase,   340 S Cleveland Ave,   Bldg 370,
               Westerville, OH 43801
95724902       EDI: JPMORGANCHASE Jun 10 2020 06:13:00     JP Morgan Chase Bank NA,   PO Box 182051,
               Columbus, OH 43218
```

```
District/off: 113C-0          User: graster-t              Page 2 of 2                  Date Rcvd: Jun 09, 2020
                              Form ID: 309A                Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
95724905       +EDI: NAVIENTFKASMSERV.COM Jun 10 2020 06:13:00      Navient,    123 S Justison St,
                 Wilmington, DE 19801-5363
95724911       +E-mail/Text: bankruptcy@wofco.com Jun 10 2020 02:27:26      Setoyota Fin Dba Of Wo,
                 Po Box 91614,    Mobile, AL 36691-1614
95724914       +EDI: RMSC.COM Jun 10 2020 06:13:00      Syncb/Amazon,    Po Box 965015,    Orlando, FL 32896-5015
95724915        EDI: RMSC.COM Jun 10 2020 06:13:00      Syncb/Have,   C/O P.O. Box 965036,
                 Orlando, FL 32896-5036
95724916        EDI: RMSC.COM Jun 10 2020 06:13:00      Syncb/Natn,   C/O P.O. Box 965036,
                 Orlando, FL 32896-5036
95724917        EDI: RMSC.COM Jun 10 2020 06:13:00      Synchrony Bank/Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
95724918        EDI: RMSC.COM Jun 10 2020 06:13:00      Synchrony Bank/Havertys,    PO Box 960061,
                 Orlando, FL 32896-0061
95724923        E-mail/Text: bankruptcy@wpcu.coop Jun 10 2020 02:28:09      Wright Patterson Crdt,
                 2465 Executive,    Fairborn, OH 45324
95724924        E-mail/Text: bankruptcy@wpcu.coop Jun 10 2020 02:28:09      Wright-Patt,    PO Box 340134,
                 Beavercreek, OH 45434-0134
                                                                                              TOTAL: 33

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
95724909       Odhsdayton
smg*           Florida Department of Revenue,    POB 6668,    Tallahassee, FL  32314-6668
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:
```
              Kenneth A Welt
               fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz
              Marc E Brown    on behalf of Joint Debtor Dionne J. Dearing marc@marcbrownpa.com
              Marc E Brown    on behalf of Debtor John W. Dearing, Jr. marc@marcbrownpa.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **John W. Dearing Jr.** | Social Security number or ITIN | xxx–xx–6182 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Dionne J. Dearing** | Social Security number or ITIN | xxx–xx–6442 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of Florida | Date case filed for chapter 7 | 6/2/20 |
| Case number: | 20–16083–SMG | | |

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**WARNING TO DEBTOR:** WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE–BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | John W. Dearing Jr. | Dionne J. Dearing |
| 2. | **All Other Names Used in the Last 8 Years** | | fka Dionne J Pate |
| 3. | **Address** | 4847 Nw 72nd Place<br>Coconut Creek, FL 33073 | 4847 NW 72 Place<br>Coconut Creek, FL 33073 |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and Address | Marc E Brown<br>6400 N Andrews Ave #510<br>Fort Lauderdale, FL 33309 | Contact Phone 954–566–5678 |
| 5. | **Bankruptcy Trustee**<br>Name and Address | Kenneth A Welt<br>4581 Weston Road Suite 355<br>Weston, FL 33331 | Contact Phone (954) 893–2496 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Federal Building<br>299 E Broward Blvd, Room 112<br>Ft Lauderdale FL 33301 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (954) 769–5700 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** Pursuant to Administrative Order 2020–07, until further notice the clerk's office is CLOSED to the public for in–person filings.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **6/9/20** |

Local Form 309A USBC SDFL (Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline** (03/30/2020)   page 1

Debtor **John W. Dearing Jr.** and **Dionne J. Dearing**     Case number **20–16083–SMG**

| | | |
|---|---|---|
| **7.**    ** MEETING OF CREDITORS ** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government–issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | **June 29, 2020** at **11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE*** <br><br> **Trustee:** Kenneth A Welt <br> Call in number: 866–811–8082 <br> Passcode: 4058966 |
| **8. Presumption of Abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient. <br><br> A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br>     if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br>     if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). <br><br> **You must file a motion** if you assert that <br>     the discharge should be denied under § 727(a)(8) or (9). | **Filing Deadline:** 8/28/20 |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| **10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| **11. Proof of Claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. If this case is converted from chapter 13, under Local Rules 1019–1(E) and 3002–1(A) it has been designated as a no asset case at this time. | |
| **12. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **13. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| **14. Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |